**No. 10-9464. Ashuntee Derod Baker, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2127, 179 L. Ed. 2d 917, 2011 U.S. LEXIS 2946.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-9466. Bruce Rainey and Andrew Sonnenburg, Petitioners v. United States.**

563 U.S. 950, 131 S. Ct. 2127, 179 L. Ed. 2d 917, 2011 U.S. LEXIS 2929.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 404 Fed. Appx. 46.

**No. 10-9468. Harold Cannon, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2127, 179 L. Ed. 2d 917, 2011 U.S. LEXIS 2861.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9471. Jay Berger, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2127, 179 L. Ed. 2d 917, 2011 U.S. LEXIS 2976, ▮

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 403 Fed. Appx. 778.

**No. 10-9472. Omar Mohamed, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2127, 179 L. Ed. 2d 917, 2011 U.S. LEXIS 2955.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 630 F.3d 1.

**No. 10-9473. Jay Berger, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2128, 179 L. Ed. 2d 917, 2011 U.S. LEXIS 2942, ▮

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9477. Gerald Duane Johnston, Petitioner v. Washington.**

563 U.S. 950, 131 S. Ct. 2128, 179 L. Ed. 2d 917, 2011 U.S. LEXIS 2889.

April 18, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 1, denied.

**No. 10-9478. Robert Earl Lowry, Petitioner v. United States.**

563 U.S. 950, 131 S. Ct. 2128, 179 L. Ed. 2d 917, 2011 U.S. LEXIS 2852.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 405 Fed. Appx. 740.